It is ORDERED that the petition for certification is denied.

147 A.3d 447

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
JERMAINE THORPE (A/K/A JUSTINE THORPE),
DEFENDANT-RESPONDENT.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002608-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

147 A.3d 447

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. LESLIE NELSON, DEFENDANT-PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004503-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.